IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CHRISTOPHER GILMORE,

                **Petitioner,**

       v.                                                          CASE NO. 23-3224-JWL

LARNED STATE HOSPITAL, et al.,

                **Respondents.**

## MEMORANDUM AND ORDER

Petitioner Christopher Gilmore began this matter by filing a document titled "Petition for Writ of Habeas Corpus." (Doc. 1.) Because the petition was not on the required court-approved form, the Court provided Petitioner with the forms and granted him until November 3, 2023 to resubmit the petition upon the forms. (Doc. 4.) In the same order, the Court informed Petitioner that he was required to resubmit his motion to proceed without fees upon the provided court-approved form, also on or before November 3, 2023. *Id.*

This matter comes now before the Court on Petitioner's "Motion for Leave of Court to Amend/Convert Motion for Time Extension due to Situational Problems." (Doc. 6.) Therein, Petitioner seeks an additional 30 to 60 days in which to either submit a petition containing his amended claims or file a complaint and convert this matter into a civil rights action under 42 U.S.C. § 1983. *Id.* at 1, 4. The motion will be granted.

Petitioner will be granted to and including January 5, 2024 in which to file either a petition on court-approved forms or a complaint on court-approved forms. If Petitioner chooses to persist in seeking federal habeas relief, he must also either pay the statutory $5.00 filing fee or submit with his petition a motion for leave to proceed without fees. This motion must be on the appropriate

1

form, which will be provided to him. If Petitioner chooses to convert this matter to a civil rights action under 42 U.S.C. § 1983, he must also either pay the statutory $402.00 filing fee or submit with his complaint a motion for leave to proceed in forma pauperis. The motion must be on the appropriate form, which will be provided to him. In other words, Petitioner must timely file a pleading *and* either pay the statutory filing fee or submit the appropriate motion to proceed without prepaying the filing fee. If Petitioner fails to comply with these requirements, this matter may be dismissed without further prior notice to him.

**IT IS THEREFORE ORDERED** that the motion (Doc. 6) is **granted.** Petitioner is granted to and including January 5, 2024 in which to file a petition or complaint. Petitioner is further granted to and including January 5, 2024 in which to either pay the statutory filing fee or submit the proper motion to proceed without doing so. The Clerk is directed to send Petitioner the court-approved forms for a petition seeking relief under 28 U.S.C. § 2254, a motion to proceed in a habeas action in forma pauperis, a complaint seeking relief under 42 U.S.C. § 1983, and a motion to proceed in a civil rights action without prepayment of the filing fee.

**IT IS SO ORDERED.**

DATED:   This 7th day of November, 2023, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
